No. 79–1563. YAKIMA COUNTY DEPUTY SHERIFF'S ASSN. *v.* BOARD OF COMMISSIONERS FOR YAKIMA COUNTY, WASHINGTON, ET AL. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 79–1608. TAYLOR ET AL. *v.* WISCONSIN TAX APPEALS COMMISSION ET AL. Appeal from Sup. Ct. Wis. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6393. DOE *v.* SEARS. Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.